UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE TYRONE NOEL NUNN,<br><br>    Plaintiff. | Case No.  2:24-cv-01321-RFB-EJY<br><br>**ORDER** |

On July 19, 2024, Plaintiff submitted an initiating document titled "The Prevail of Civil Scriptous" in an attempt to commence a civil action in this Court. ECF No. 1-1. Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis* ("IFP"), one of which is necessary to open a civil action in the Court. Further, if Plaintiff seeks to initiate a civil rights lawsuit in the District of Nevada, he must file his Complaint on the approved form provided by this Court. *See* Local Rule LSR 2-1. Plaintiff must also pay the filing fee or complete an application to proceed *in forma pauperis*.

To proceed *in forma pauperis*, that is, without **prepaying** the filing fee, Plaintiff must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. This requires Plaintiff to submit **three** required documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that no later than **September 27, 2024**, Plaintiff must file a Complaint on this Court's approved form and either pay the $405 filing fee for a civil action or file with the Court (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form, (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official, and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

1      IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff (1) the approved form for filing a 42 U.S.C. § 1983 complaint, (2) instructions for completing the complaint, (3) the application to proceed *in forma pauperis* for inmates, and (4) instructions for completing this form.

IT IS FURTHER ORDERED that failure to file a complaint and either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **September 27, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED this 26th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE